UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL T. JEANES, AMANDA R. JEANES,

    Plaintiff,

-vs-                                                Case No.   2:11-cv-191-FtM-36SPC

CITIMORTGAGE, INC., as successor by merger
with ABN AMRO Mortgage Group, Inc.,
NATIONSTAR MORTGAGE, LLC,

    Defendants.
_____

**ORDER**

This matter comes before the Court on the Plaintiffs, Michael T. And Amanda R. Jeanes' Motion for Extension of Time to File Case Management Report (Doc. #24) filed on October 5, 2011. The Defendant, Citimortgage, filed its Response in Opposition (Doc. # 25) on October 5, 2011.

The Plaintiffs state that they need more time to work with their attorney and because they are filing by mail that it takes more time to receive the information. On September 23, 2011, the Court granted the Plaintiffs' Motion to Enlarge Time to file a case management report. In that Order, the Court directed the Plaintiffs to disclose the name of their attorney and have him/her make a formal appearance with this Court. The Court further instructed the Plaintiffs to meet and confer with the Defendants and prepare a case management report by October 4, 2011. The Plaintiff has failed to do either. As such, their Motion is due to be denied.

Furthermore, the Plaintiffs' Motion is woefully inadequate. Pursuant to Local Rule 3.01(a), "[i]n every motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and memorandum of legal

authority in support of the request, all of which the movant shall include in a single document not more than twenty-five pages long." The Plaintiffs are reminded that despite their *pro se* status, it is mandatory that they participate and cooperate in discovery, comply with the deadlines established in the Court's Scheduling Order, respond properly to motions, and proceed in accordance with the Federal and Local Rules. Loren v Sasser, 309 F.3d 1296, 1304 (11th Cir. 2002) (holding that even *pro se* parties must follow procedures). Failure to do so in the future could result in sanctions or the denial of any motions or requests for relief from the Court. Sanctions may include denial of the motion, imposing the oppositions attorney's fees and costs for any work done in response to the inadequate motion, and even having their Complaint dismissed for failure to follow the Local and Federal Rules and orders of the Court.

Accordingly, it is now

**ORDERED:**

The Plaintiffs, Michael T. and Amanda R. Jeanes Motion for Extension of Time to File Case Management Report (Doc. #24) is **DENIED**.

The Clerk of the Court is directed at this time to *sua sponte* enter a Case Management and Scheduling Order in compliance with the Federal and Local Rules.

**DONE AND ORDERED** at Fort Myers, Florida, this  7th   day of October, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record
        DCCD Libby Figgers